UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGARITA ARRIAGA by JOSE ARRIAGA, HER GUARDIAN AD LITEM,<br><br>         Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION aka TARGET and/or aka TARGET STORES and DOES 1 through 10, inclusive,<br><br>         Defendant. | Case No.: 2-10-cv-01167-LKK-KJM<br><br>**STIPULATION REQUESTING EXTENSION OF COMPLETION DATE** |

   Because the parties were not able to agree upon a mutually convenient date to meet for mediation/arbitration before the court's suggested 90-day completion date (November 24, 2010), the parties stipulate to an extension of the completion date until January 12, 2011.

LARRY LOCKSHIN, ESQ., A LAW CORPORATION          JACKSON LEWIS LLP


By:  /S/  Larry Lockshin                                            By:   /S/  Jerry James Deschler, Jr.
     Larry Lockshin, attorney for                                    James Thomas Jones
     Margarita Arriaga                                               Jerry James Deschler, Jr.
                                                                     Attorneys for Target Corporation

Dated:  12/8/10                                                     Dated:  12/14/10

APPROVED AS TO FORM

                                         /S/  Christopher J. Bakes
                                      Christopher J. Bakes, Mediator

                                      Dated:  12/29/10

ORDER

    Good cause appearing, it is hereby ordered that the completion date be extended to January 12, 2011.

    Dated:  January 3, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROOF OF SERVICE

*Margarita Arriaga v. Target Corporation*
Case No.: 2-10-cv-01167-LKK-KJM
United States District Court, Eastern District of California

I am a citizen of the United States and am employed in Sacramento County, where this mailing occurs. My business address is 1415 L Street, Sacramento, CA 95814. I am over the age of 18 years and not a party to the within cause.

On December 29, 2010, following ordinary business practice, I served the foregoing document(s) described as

STIPULATION REQUESTING EXTENSION OF COMPLETION DATE

in the following manner, by placing a true copy/true copies thereof in a sealed envelope/sealed envelopes, addressed as follows:

| | |
|---|---|
| Larry Lockshin | James Thomas Jones |
| Larry Lockshin, Esq., A Law Corporation | Jackson Lewis LLP |
| 555 University Avenue, Suite 200 | 801 K Street, Suite 2300 |
| Sacramento, CA 95825 | Sacramento, CA 95814 |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

XXX    (BY MAIL) I caused such envelope(s) with First Class postage thereon fully prepaid to be placed in the U.S. Mail in Sacramento, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence and other material for mailing with the United States Postal Service, and that practice is that said material is deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business.

XXX    (BY EMAIL – ESERVICE) I caused to be served upon each party via (1) their above email address; (2) through Lexis-Nexis Serve and File, or (3) through the court's electronic court filing system.

 [X]    (FEDERAL)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

EXECUTED on December 29, 2010, at Sacramento, California.

_____
Bridget Cougar