Larry Lockshin (SBN 61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:   (916) 649-3777
Facsimile:    (916) 649-3779
Email:         LockshinLawCorp@aol.com

Attorneys for Plaintiff
MARGARITA ARRIAGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ARRIAGA by JOSE ARRIAGA, HER GUARDIAN AD LITEM,<br><br>              Plaintiff,<br><br>       v.<br><br>TARGET CORPORATION, et al.<br><br>              Defendants. | No. 2:10-CV-01167 LKK CKD<br><br>**ORDER FOR SUBSTITUTION OF SISTER OF THE PLAINTIFF, CRISTINA BRYSON, IN PLACE OF AND STEAD OF HER BROTHER, JOSE ARRIAGA AS GUARDIAN AD LITEM ON BEHALF OF HIS SISTER MARGARITA ARRIAGA** |

     An Ex Parte Application/Petition of Christina Bryson to be appointed to act as a Guardian Ad Litem on behalf of her sister, Margarita Arriaga, in place and instead of her brother, Jose Arriaga, in order to prosecute her claim against the Target Corporation, aka Target and/or Target Stores for disability discrimination pursuant to California Government Code Section 12940 at seq including a failure to accommodate her known mental disabilities, a failure to engage in the statutory interactive process required by law, abuse of process and for negligent and intentional infliction of emotional distress having been submitted to the Court and the Court having considered the Ex Parte Application and also the Stipulation of the parties for this substitution and finding legal justification therefrom, hereby finds and rules as follows:

///

///

1

1  IT IS HEREBY ORDERED that Christina Bryson be, and is, appointed as a Guardian Ad Litem to act on behalf of her sister Margarita Arriaga in the place and instead of the previously appointed guardian, Jose Arriaga.

Dated: September 23, 2011

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT