IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARITA ARRIAGA, by
CHRISTINA BRYSON, Guardian Ad Litem,

    Plaintiff,                                  No. CIV S-10-1167 LKK CKD

    vs.

TARGET CORPORATION,

    Defendant.                                 ORDER

_____/

    Defendant's motion to compel came on regularly for hearing September 28, 2011. Jennifer Marsh appeared for plaintiff. Jerry Deschler appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

    1. The motion to compel (dkt. no. 22) is granted in part and denied in part.

        a. The request for a limiting order based on plaintiff's initial disclosures is denied.[1]

---

[1] Plaintiff's counsel represented that calculation of damages will require expert testimony. The court finds defendant has not been prejudiced by plaintiff's delayed initial disclosures. See Fed. R. Civ. P. 68(a) (defendant may make offer to allow judgment no later than 14 days before date set for trial).

1

1             b.  The parties have agreed to dates set in November, 2011 for the
2    depositions of the guardian ad litem, Christina Bryson, and plaintiff.  Those dates are confirmed.
3    Plaintiff is cautioned that failure to appear at the depositions may result in a recommendation that
4    this action be dismissed.
5             c.  Plaintiff's counsel confirmed at the hearing that the claim for abuse of
6    process is dismissed.
7             d.  Verifications to plaintiff's responses and supplemental responses to
8    interrogatories shall be provided within seven days.
9             e.  Within seven days, plaintiff shall provide a supplemental response to
10   defendant's request for production of documents that all responsive documents in her possession
11   have been produced.
12            f.  Within seven days, plaintiff shall provide a release, on the form
13   provided by defendant, for records pertaining to plaintiff from EDD and Alta California Regional
14   Center.
15            g.  Within seven days, plaintiff shall provide a verified supplemental
16   response to interrogatory no. 11 providing the names of defendant's employees, to the extent
17   known, who committed acts which plaintiff contends support the claim for punitive damages.
18        2.  The court finds an award of expenses is not warranted considering all of the
19   circumstances reflected in the record before it on this motion.  Fed. R. Civ. P. 37 (a)(5)(A).

Dated: September 29, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
arriaga.oah