UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARITA ARRIAGA by
CHRISTINA BRYSON, HER
GUARDIAN AD LITEM,

                          NO. CIV. S-10-1167 LKK/KJM

      Plaintiff,

  v.

                            O R D E R
TARGET CORPORATION aka
TARGET and/or TARGET
STORES and DOES 1 through 10,
inclusive,

      Defendants.
_____/

    On December 8, 2011, the parties filed a "Joint Application" seeking the extension of the December 9, 2011 expert witness disclosure deadline. The Stipulation does not show sufficient cause for the court to alter its Status (Pretrial Scheduling) Conference Order of August 11, 2011 in this regard. If the parties wish to make informal arrangements regarding discovery deadlines they are free to do so. However, any such consensual modifications to the Pretrial Scheduling Order will not be enforced by the court.

1

1  The "Joint Application To Extend Expert Witness Disclosure
2 Deadline" (Dkt. No. 31), is **DENIED.**
3  IT IS SO ORDERED.
4  DATED: December 12, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2