Larry Lockshin (SBN 61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone:   (916) 649-3777
Facsimile:   (916) 649-3779
Email:       LockshinLawCorp@aol.com

Attorneys for Plaintiff
MARGARITA ARRIAGA

James T. Jones (SBN167967)
Jerry J. Deschler, Jr. (SBN215691)
JACKSON LEWIS LLP
801 K. Street, Suite 2300
Sacramento, CA 95814
Telephone: 916-341-0404
Facsimile: 916-341-0141

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ARRIAGA by JOSE ARRIAGA, HER GUARDIAN AD LITEM,<br><br>      Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION, et al.<br><br>      Defendants. | No. 2:10-CV-01167 LKK CKD |

**VOLUNTARY DISMISSAL BY STIPULATION AND ORDER**

Plaintiff, Margarita Arriaga, by and through her Guardian Ad Litem, Christina Bryson and by and through his counsel, Larry Lockshin, Esq., A Law Corporation, and Defendant Target Corporation and by and through their attorney, Jerry Deschler, Esq, hereby stipulate that the above-entitled action may be dismissed with prejudice. Each party to bear its own costs and fees.

DATED: June 5, 2012                             JACKSON LEWIS LLP


                                                By /s/ Jerry Deschler
                                                     Jerry Deschler, ESQ.
                                                     Attorney for Defendant
                                                     Target Corporation

DATED: June 5, 2012                             LARRY LOCKSHIN, ESQ.
                                                A Law Corporation


                                                By: /s/ Larry Lockshin
                                                     LARRY LOCKSHIN, ESQ.
                                                     Attorneys for Plaintiff


**IT IS SO ORDERED.**

Dated: June 7, 2012

                                                _____
                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT

1