Larry Lockshin (SBN 61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:    (916) 649-3777
Facsimile:    (916) 649-3779
Email:        LockshinLawCorp@aol.com

Attorneys for Plaintiff
MARGARITA ARRIAGA

James T. Jones (SBN167967)
Jerry J. Deschler, Jr. (SBN215691)
JACKSON LEWIS LLP
801 K. Street, Suite 2300
Sacramento, CA 95814
Telephone: 916-341-0404
Facsimile: 916-341-0141

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ARRIAGA by JOSE ARRIAGA, HER GUARDIAN AD LITEM,<br><br>  Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, et al.<br><br>  Defendants. | No. 2:10-CV-01167 LKK CKD |

**VOLUNTARY DISMISSAL BY STIPULATION AND ORDER**

1 | Plaintiff, Margarita Arriaga, by and through her Guardian Ad Litem, Christina
2 | Bryson and by and through his counsel, Larry Lockshin, Esq., A Law Corporation, and
3 | Defendant Target Corporation and by and through their attorney, Jerry Deschler, Esq,
4 | hereby stipulate that the above-entitled action may be dismissed with prejudice. Each
5 | party to bear its own costs and fees.

7 | DATED: June 5, 2012                    JACKSON LEWIS LLP

9 |                                        By /s/ Jerry Deschler
10|                                           Jerry Deschler, ESQ.
                                              Attorney for Defendant
                                              Target Corporation

12| DATED: June 5, 2012                    LARRY LOCKSHIN, ESQ.
                                           A Law Corporation

15|                                        By: /s/ Larry Lockshin
                                              LARRY LOCKSHIN, ESQ.
16|                                           Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: June 7, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1